

ORDERED in the Southern District of Florida on October 4, 2013.

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Roberto Mendez & Katiuska Garcia          Case No: 13-22471-AJC
                                                  Chapter 13

             Debtors            /

### ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY NATIONSTAR MORTGAGE (LOAN NO. XXXX6569)

THIS CASE came to be heard on September 24, 2013 on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 24; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, the Court FINDS as follows:

A. The value of the debtor's real property (the "Real Property") located at <u>220 NW 87th Avenue #K201, Miami, FL 33172-4550</u>, and more particularly described as <u>PARK EAST CONDO UNIT K-201 UNDIV .2478265% INT IN COMMON ELEMENTS OFF REC 10940-866 OR 17729-0704 0797 1</u> is $<mark>60,000.00</mark> at the time of the filing of this case.

B. Creditor, NationStar Mortgage, LLC holds the only mortgage on the property.

Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $60,000.00.

3. (Select only one):

   <u> X </u>  Lender has not filed a proof of claim in this case.  The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed.  In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

   <u>   </u>  Lender filed a proof of claim in this case.  It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $ <u>          </u>, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and

further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

###

Submitted By:

Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008


Attorney Robert Sanchez, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.