UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Roberto Mendez,                                    Case No. 13-22471-AJC
Katiuska Garcia
    Debtor(s)                                         Chapter 13
_____/

**DEBTORS' MOTION FOR HARDSHIP DISCHARGE PURSUANT TO 11 U.S.C. § 1328(B), FOR EARLY PAYOFF, AND APPROVAL OF ATTORNEY FEES**

**COME NOW,** the Debtors, Roberto Mendez and Katiuska Garcia, by and through the undersigned counsel, and file this Motion for Hardship Discharge, for Early Payoff, and Approval of Attorney's Fees, and as grounds states as follows:

1. On or about May 29, 2013 the instant case was filed.

2. On or about December 2, 2013 debtors' second amended chapter 13 plan was confirmed.

3. The Debtors have suffered financial hardship stemming from their divorce in 2015, that includes child support payments, and from the Joint Debtor's inability to pay since she is disabled and unemployed. (Attached as Exhibit "A" is the Redacted Final Judgment of Dissolution of Marriage)

4. The confirmed plan pays a chapter 7 liquidation test of $5,150.00 to the unsecured creditors. As of the date of this filing, $669.31 is remaining to be paid to the unsecured creditors.

5. The confirmed plan also pays Creditor, NationStar Mortgage, LLC pursuant to the Order Granting the Motion to Value [ECF#44], a total of $68,349.54. Currently, the Trustee has disbursed $52,831.08 which leaves $15,518.52 remaining to be paid to said Creditor.

6. The Joint Debtor's brother in law, Roberto Santana, will provide the above remaining funds to pay off early the chapter 13 plan.

7. Modification of the plan is not practical in that the Debtors are without funds themselves to complete the plan.

8. The granting of this Motion will not prejudice any creditor.

9. The undersigned attorney request approval of the fee of $750.00 paid by Debtor for services related to the preparation and filing of this motion.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting Debtors' Motion for Hardship Discharge, for Early Payoff, Approval of Attorney's Fees, and such relief consistent with this request for relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail on April 10, 2017:  to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq., FBN#0442161